UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILGARD MANUFACTURING, INCORPORATED, a Washington corporation, and MILGARD FAMILY LIMITED PARTNERSHIP, a Washington limited partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; MARYLAND CASUALTY COMPANY, a Maryland corporation, and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>    Defendants. | CIV. S-03-1751 GEB PAN<br><br>ORDER |

On May 25, 2005, Plaintiffs Milgard Manufacturing, Inc. and Milgard Family Limited Partnership ("Milgard") and Defendant Admiral Insurance Company ("Admiral") filed a "Joint Stipulation and [Proposed] Order Continuing Hearing Date" ("Stipulation") in which they request continuance of the motions currently scheduled for hearing on May 31, 2005, to July 22, 2005, so that Milgard and Admiral

1 could attempt to resolve this case by mediation.[1]

2      The hearing date for said motions is reset to July 18, 2005,
3 at 9:00 a.m.[2]  Because of this rescheduling, the final pretrial
4 conference is rescheduled from August 8, 2005, to September 12, 2005,
5 at 2:30 p.m.

6      If the parties resolve this case through mediation or other
7 means, counsel must so notify chambers immediately.  <u>See</u> L.R. 16-160.

8      IT IS SO ORDERED.

9 Dated:  May 26, 2005

                       <u>/s/ Garland E. Burrell, Jr.</u>
                       GARLAND E. BURRELL, JR.
                       United States District Judge

---

[1] Milgard's request to submit Exhibit "B" to Paul Sugarman's Declaration in Support of Milgard's Opposition to Admiral's Motion for Summary Judgment under seal was denied and docketed before the Stipulation was brought to my attention.

[2] The July 22 hearing date requested in the Stipulation is not a civil law and motion hearing date.