1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

MILGARD MANUFACTURING           )
11 INCORPORATED, a Washington     )
corporation; and MILGARD         )
12 FAMILY LIMITED PARTNERSHIP,    )
a Washington limited             )    No. CIV-S-03-1751 GEB (PAN)
13 partnership,                   )
                                  )    ORDER RE SETTLEMENT AND
14                 Plaintiffs,    )    DISPOSITION
                                  )
15            v.                  )
                                  )
16 ADMIRAL INSURANCE COMPANY, a   )
Delaware corporation;            )
17 FIDELITY & GUARANTY INSURANCE  )
COMPANY, an Illinois             )
18 corporation; MARYLAND          )
CASUALTY COMPANY, a Maryland     )
19 corporation, and ZURICH        )
AMERICAN INSURANCE COMPANY,      )
20 a New York corporation,        )
                                  )
21                 Defendants.    )
   _____)

22

23        On July 15, 2005, Plaintiffs filed a Notice of Settlement

24 stating "the parties have reached agreement on the terms of a

25 settlement of this action."  The parties have until 4:30 p.m. on

26 August 15, 2005, to either file a document dismissing this action or

27 to lodge a proposed order which could effect dismissal.  See L.R. 16-

28 160(b).  Failure to respond by this deadline may be construed as

                                  1

1  consent to dismissal of this action without prejudice and a dismissal

2  order may be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file

3  dispositional papers on the date prescribed by the Court may be

4  grounds for sanctions.").

5     In light of the pending settlement, the cross-motions for

6  summary judgment and Milgard's "Motion to Exclude Defendant Admiral

7  Insurance Company's Expert Report and Preclude Testimony" are deemed

8  withdrawn.

9     IT IS SO ORDERED.

10  DATED:  July 18, 2005

11           <u>/s/ Garland E. Burrell, Jr.</u>
         GARLAND E. BURRELL, JR.

12           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28